UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.E.,<br><br>          Plaintiff,<br><br>    v.<br><br>ANDREW SAUL,<br><br>          Defendant. | Case No. 21-cv-02104-JCS<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME**<br><br>Re: Dkt. No. 13 |

The unopposed motion by Defendant Andrew Saul (the "Commissioner") for a first extension of time to file his answer and the administrative record is GRANTED. The answer and administrative record shall be filed no later than August 30, 2021.

This Court has admonished the Commissioner in previous cases that unopposed requests for extensions of time should be filed as stipulations rather than motions. *See* Civ. L.R. 6-2, 6-3. The Commissioner is once again so admonished. Going forward, if the Commissioner is unable to obtain a stipulation, any motion that is not based on unforeseeable circumstances should be brought well in advance of the deadline sought to be extended, allowing at the very least four days for a response under Civil Local Rule 6-3(b).

**IT IS SO ORDERED.**

Dated: June 29, 2020

JOSEPH C. SPERO
Chief Magistrate Judge