UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.E.,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>KILOLO KIJAKAZI,<br><br>　　　　　　Defendant. | Case No. 21-cv-02104-JCS<br><br>**ORDER DENYING WITHOUT PREJUDICE MOTION FOR EXTENSION OF TIME**<br><br>Re: Dkt. No. 19 |

The Court has previously admonished the parties in this case that under this district's local rules, unopposed requests for extension of time should be filed as stipulations rather than motions. Dkt. 14 (citing Civ. L.R. 6-2, 6-3). That rule aids judicial efficiency by drawing a clear distinction between opposed and unopposed requests, and ensures that purportedly unopposed requests in fact have both parties' consent. *See* Civ. L.R. 7-12 (requiring stipulations to bear signatures of all affected parties); Civ. L.R. 5-1(i)(3) (requiring the filer's attestation of consent by any other parties whose signatures appear on electronically filed documents).

Plaintiff's purportedly unopposed motion for an extension of time (dkt. 19) is DENIED without prejudice for failure to comply with that previous order and applicable local rules.

**IT IS SO ORDERED.**

Dated: September 23, 2021

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　JOSEPH C. SPERO
　　　　　　　　　　　　　　　　　　　　　　　　Chief Magistrate Judge